<u>**EXHIBIT B**</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MIRIELLE VANESSA MARC,

                Plaintiff,

  -against-

GLEN HEAD COUNTRY CLUB and KAL
RABADI,

                Defendants.
-------------------------------------------------------X

Index No.: CV-12-0727

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for all parties herein that, whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above-captioned action hereby is and shall be discontinued <u>with prejudice</u> and without costs to either party; and it is further

    **STIPULATED AND AGREED,** that this Stipulation may be signed in counterparts and by facsimile or electronic signature each of which shall be an original but all of which together shall constitute one and the same instrument.  This Stipulation may be filed without further notice with the Court.

Dated: Mineola, New York
         July 23, 2012

| THE COCHRAN FIRM | MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants |
| The Cochran Firm | 190 Willis Avenue |
| Woolworth Building | Mineola, New York 11501 |
| 233 Broadway, 5th Floor | (516) 747-0300 |
| New York, NY 10279 | |
| (212) 553-9215 | |
| By: _____ | By: _____  8/14/12 |
|     Derek Sells, Esq. |     Alexander Leong, Esq. |

So Ordered: _____
            U.S.D.J.

584424-4                           Exhibit B – Page 1 of 1